| | | | |
|---|---|---|---|
| Coleman v. Giroux [2] | 01/04/2016 | Denied | Pa.Super., |
| | 366 WAL (2015) | | 125 A.3d 437 |
| Colquhoun v. Stefanick [3] .......... | 12/30/2015 | Denied | Pa.Super., |
| | 287 WAL (2015) | | 121 A.3d 1135 |
| Com. v. Adams [4] .... | 12/30/2015 | Denied | Pa.Super., |
| | 304 WAL (2015) | | 122 A.3d 1148 |
| Com. v. Adcock [5] ... | 12/29/2015 | Denied | Pa.Super., |
| | 295 WAL (2015) | | 125 A.3d 460 |
| Com. v. Agarwal [6] .. | 12/29/2015 | Denied | Pa.Super., |
| | 781 MAL (2015) | | 133 A.3d 74 |
| Com. v. Anderson [7] | 12/08/2015 | Denied | Pa.Super., |
| | 509 MAL (2015) | | 104 A.3d 67 |
| Com. v. Anderson [8] | 02/01/2016 | Denied | Pa.Super., |
| | 450 MAL (2015) | | 122 A.3d 459 |
| Com. v. Aursby [9] .... | 12/30/2015 | Denied | Pa.Super., |
| | 437 EAL (2015) | | 122 A.3d 1134 |
| Com. v. Austin ..... | 12/08/2015 | Denied | Pa.Super., |
| | 261 WAL (2015) | | 122 A.3d 1122 |
| Com. v. Brackbill [10] | 12/28/2015 | Denied | Pa.Super., |
| | 760 MAL (2015) | | 133 A.3d 65 |
| Com. v. Bradley [11] .. | 12/30/2015 | Denied | Pa.Super., |
| | 506 EAL (2015) | | 131 A.3d 90 |

2. Justice EAKIN did not participate in the decision of this matter.

3. Justice EAKIN did not participate in the decision of this matter; Reargument Denied January 29, 2016.

4. Justice EAKIN did not participate in the decision of this matter.

5. Justice EAKIN did not participate in the decision of this matter.

6. Justice EAKIN did not participate in the decision of this matter.

7. Reconsideration Denied January 21, 2016.

8. Justice EAKIN did not participate in the consideration or decision of this matter.

9. Justice EAKIN did not participate in the decision of this matter.

10. Justice EAKIN did not participate in the decision of this matter.

11. Justice EAKIN did not participate in the decision of this matter.